```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX018739
Cashier ID: sq
Transaction Date: 05/07/2009
Payer Name: PORTER LAW FIRM
------------------------------------
CIVIL FILING FEE
 For: PORTER LAW FIRM
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

09-CV-1063


A fee of $45.00 will be assessed on
any returned check.
```