## SUMMONS IN A CIVIL ACTION

**United States District Court
for the District of Colorado**

Civil Action Number: 9-CV-01063-REB-KMT

| | | |
|---|---|---|
| | Tonya Creel, | |
| | PLAINTIFF(S), | |
| v. | Sam Jahani, D.O. and Urgent Care, Inc., a Colorado Corporation | **SUMMONS** |
| | DEFENDANT(S). | |

To the above named Defendant(s): Urgent Care, Inc., Registered Agent: Samuel Jahani, 62615 Jeremy Road, Montrose, CO 81401

You are hereby summoned and required to serve upon Michael S. Porter, Esq.,

plaintiff's attorney, whose address is: 4465 Kipling Street, Suite 200, Wheat Ridge, CO 80033-2810

and Richard C. LaFond, P.C., plaintiff's attorney, whose address is: 1756 Gilpin Street, Denver, CO 80202

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within __20__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
                              Deputy Clerk
(Seal of the Court)

Date: May 7, 2009

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.



RECEIVED
MAY 11 2009
MONTROSE COUNTY SHERIFF

# RETURN OF SERVICE

NAME OF SERVER: Dan Troncoso
TITLE: Civil Process Server

Check one box to indicate appropriate method of service.

[✓] Served personally upon the defendant. Place where left: 2305 South Townsend Montrose, Co

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: ____

[ ] Returned unexecuted:: ____

[ ] Other (specify): ____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.76 | 35.00 | 40.76 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 5/13/09  5:50 pm
Date

Signature of Server

P.O Box 156 montrose, Co
Address of Server

Montrose County Sheriff
1200 N. Grand
Montrose, CO 81401

Signed before me on 14 May, 2009 at 1200 N Grand Ave Montrose, CO by Dan Troncoso.

Christine Tyler, Notary Public

[Notary Seal: CHRISTINE TYLER, NOTARY PUBLIC, STATE OF COLORADO]

Montrose County Sheriff
1200 N. Grand
Montrose, CO 81401

expires 3/17/11