IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2009

GREGORY C. LANGHAM
CLERK

Civil Action No: 09-CV-01063 REB-KMT

TONYA CREEL,

        Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

        Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER TONYA CREEL'S COMPLAINT AND JURY DEMAND

---

Defendants Sam Jahani, D.O. and Urgent Care, Inc. ("Defendants"), by and through their counsel, Bechtel & Santo, LLP, respectfully submit this Unopposed Motion for Extension of Time for Defendants to Answer Tonya Creel's Complaint and Jury Demand, and in support thereof state as follows:

1.    <u>Certificate of Compliance with D.C.Colo.L.R. 7.1</u>. The undersigned counsel certifies that he conferred regarding the relief requested herein with Michael Porter, Esq., counsel for Plaintiff. Mr. Porter stated that Plaintiff does not object to the relief requested in this Motion.

2.    This lawsuit was filed on May 7, 2009.

3.    Plaintiff served Defendants on May 13, 2009. Thus, Defendants' Answer to Plaintiff's Complaint is currently due on June 2, 2009.

4.    Due to prior scheduling commitments and the difficulty in coordinating with Defendants due to the holiday and Defendant Jahani's previously scheduled vacation, Defendants

respectfully request the Court grant Defendants an additional ten (10) days, until June 12, 2009, to file an Answer to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request the Court grant Defendants until June 12, 2009, to file an Answer to Tonya Creel's Complaint and Jury Demand.

Respectfully submitted this 22nd day of May 2009.

BECHTEL & SANTO, L.L.P.

Michael C. Santo, #24083
Jim C. Colling, #38300
205 N. 4TH Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2009, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER TONYA CREEL'S COMPLAINT AND JURY DEMAND** has been sent by U.S. mail, postage prepaid to the following:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

Jamie D. Wehling

2