**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-01063-REB-LTM

TONYA CREEL,

    Plaintiff,

vs.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado Corporation,

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR DEFENDANTS TO ANSWER TONYA CREEL'S
COMPLAINT AND JURY DEMAND (docket # 5)**

---

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time for Defendants to Answer Tonya Creel's Complaint and Jury Demand (docket # 5), and having reviewed the file, hereby ORDERS that the motion is **GRANTED**, Defendants' have through June 12, 2009 within which to file an answer**.**

DATED at Grand Junction, Colorado, this 08th day of June, 2009.

                BY THE COURT:

                s/Laird T. Milburn
                _____
                Laird T. Milburn
                United States Magistrate Judge