IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01063-REB-LTM

TONYA CREEL,

    Plaintiff,

vs.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado Corporation,

    Defendants.

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because Betty Bechtel and Michael Santo, Attorneys for the Defendants Sam Jahani, D.O. and Urgent Care, Inc., are both former law partners and are current friends, and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Grand Junction, Colorado, this 15th day of June, 2009.

BY THE COURT:

_____
Laird T. Milburn
United States Magistrate Judge