**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

     Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

     Defendants.

---

**AMENDED**
**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

     This matter comes before the Court, *sua sponte*.

     **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

     (X)     Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

     (X)     Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

     (X)     Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

     (X)     Hear and determine pretrial matters as referred.

     (X)     Conduct a pretrial conference and enter a pretrial order.

     **IT IS FURTHER ORDERED that the parties and counsel shall be familiar and comply with the undersigned judge's requirements at www.cod.uscourts.gov.**

     Dated June 17, 2009, at Denver, Colorado.

                       BY THE COURT:

                       Robert E. Blackburn
                       United States District Judge

2