# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-CV-01063 REB-KMT

**TONYA CREEL,**

Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**

Defendants.

---

## TONYA CREEL'S ANSWER TO DEFENDANT JAHANI'S COUNTERCLAIMS

---

The Plaintiff, Tonya Creel, by and through her counsel of record, submits the following answer to the Defendant Jahani's Counterclaims:

### I.  RESPONSE TO PRELIMINARY ALLEGATIONS:

1. The Plaintiff does not concede the procedural statements contained within ¶1.

2. Plaintiff admits the allegations of ¶2.

3. Plaintiff denies the allegations of ¶3.

4. Plaintiff denies the allegations of ¶4.

5. Plaintiff denies the allegations of ¶5.

6. Plaintiff admits, upon information and belief, that Dr. Jahani contacted the local authorities about the claims that are the subject matter of his counterclaims and further admits that at one time a criminal investigation was initiated, but is without sufficient knowledge to form a belief as to the balance of the allegations of ¶ 6, and therefore denies same.

## II.     RESPONSE TO FIRST CLAIM FOR RELIEF
### (Civil Theft pursuant To C.R.S. § 18-4-405)

7. Plaintiff incorporates by reference her responses to ¶1-6 as though more fully set forth herein.

8. Plaintiff denies the allegations of ¶8.

9. Plaintiff denies the allegations of ¶9.

10. Plaintiff denies the allegations of ¶10.

## III.     RESPONSE TO SECOND CLAIM FOR RELIEF
### (Breach of Fiduciary Duty)

11. Plaintiff incorporates by reference her responses to ¶1-10 as though more fully set forth herein.

12. Plaintiff denies the allegations of ¶12.

13. Plaintiff denies the allegations of ¶13.

14. Plaintiff denies the allegations of ¶14.

### FIRST AFFIRMATIVE DEFENSE:

The counterclaims fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE:

The counterclaims are the product of the Defendants' fraud, or fraudulent inducement.

### THIRD AFFIRMATIVE DEFENSE:

The counterclaims represent an abuse of process, and further evidence the Defendants' continuing retaliation against the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE:

Defendant Jahani's loss of cash, if any, is due to the Defendants' own acts or omissions, or the acts of third persons over whom the Plaintiff had no control.

## **FIFTH AFFIRMATIVE DEFENSE:**

The counterclaims are frivolous and groundless, and accordingly, the Plaintiff is entitled to her reasonable attorney's fees or costs incurred in defending against these counterclaims.

WHEREFORE, the Plaintiff respectfully prays that Defendant Jahani's counterclaims be dismissed, and that the Plaintiff be granted her reasonable attorneys' fees and costs incurred in defending against these counterclaims.

Respectfully submitted Wednesday, July 01, 2009.

                                      THE LAW FIRM OF MICHAEL S. PORTER

                                      By:   /s/ Michael S. Porter_____
                                              Michael S. Porter, Esq.
                                              4465 Kipling Street
                                              Wheat Ridge, CO  80033
                                              Telephone:  (303) 940-8370
                                              Fax:     (303) 421-4309
                                              E-mail: porterlaw@comcast.net

                                              Richard C. LaFond, Esq.
                                              Richard C. LaFond, P.C.
                                              1756 Gilpin St.
                                              Denver, CO  80202
                                              Telephone:  (303) 388-4551
                                              Fax:  (303) 388-8324
                                              E-mail:  richardlafondpc@gmail.com

                                  ATTORNEYS FOR THE PLAINTIFF/RELATOR
                                  TONYA CREEL

Certificate of Service

The undersigned hereby certifies that on Wednesday, July 01, 2009, a true and correct copy of the foregoing TONYA CREEL'S ANSWER TO DEFENDANT JAHANI'S COUNTERCLAIMS was served via Lexis Nexis File and Serve on the following parties:

    Michael C. Santo, Esq.
    Jim C. Colling, Esq.
    205 N. 4th Street, Suite 300
    Grand Junction, CO  81501

                                                    s/ Yvonne Greenbaum_____