## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

                Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

                Defendants.

## ENTRY OF APPEARANCE

James C. Colling of the law firm of Bechtel & Santo, LLP, hereby enters his appearance as counsel for the Defendants, Sam Jahani, D.O. and Urgent Care, Inc.

Dated this 1st day of July 2009.

                BECHTEL & SANTO, L.L.P.

              By: s/James C. Colling
              Jim C. Colling, #38300
              Michael C. Santo, #24083
              205 N. 4th Street, Suite 300
              Grand Junction, CO  81501
              Telephone:  (970) 683-5888
              Facsimile:  (970) 683-5887
              E-mail: colling@bechtelsanto.com
              Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 1st day of July 2009, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

                s/ Jamie D. Wehling
                Jamie D. Wehling