# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

---

Defendants Sam Jahani, D.O. and Urgent Care, Inc. ("Defendants"), by and through their counsel, Bechtel & Santo, LLP, respectfully submit this Unopposed Motion for leave to Amend Answer, and in support thereof state as follows:

1. **Certificate of Compliance with D.C.Colo.L.R. 7.1**.  The undersigned counsel certifies that he conferred regarding the relief requested herein with Michael Porter, Esq., counsel for Plaintiff.  Mr. Porter stated that Plaintiff does not object to the relief requested in this Motion.

2. This lawsuit was filed on May 7, 2009.

3. Defendants filed an Answer to Plaintiff's Complaint on June 12, 2009.

4. A Scheduling Conference in this case is scheduled for September 10, 2009 and no Scheduling Order is currently in place.  Accordingly, no dates need to be changed as a result of Defendants' request to amend and no party in this litigation will be prejudiced by the requested amendment.

5.  Defendants request permission to amend their Complaint to correct some ambiguities in its original Answer and to add affirmative defenses.

6.  Federal Rule of Civil Procedure 15(a)(2) permits Defendants to amend their answer with the opposing party's written consent or the Court's leave. This rule further states that the Court should freely give leave when justice so requires.

7.  Plaintiff's counsel provided Defendants with written consent on September 3, 2009.

8.  Defendants have attached their Amended Answer to this Motion. *See Exhibit A.*

WHEREFORE, Defendants respectfully request the Court grant Defendants Motion for Leave to Amend Answer and to deem the attached Amended Answer filed as of the date of the order granting Defendants' Motion

Respectfully submitted this 10th day of September 2009.

        BECHTEL & SANTO, L.L.P.

        *s/ Michael C. Santo*
        Michael C. Santo, #24083
        Jim C. Colling, #38300
        205 N. 4TH Street, Suite 300
        Grand Junction, CO  81501
        Telephone:  (970) 683-5888
        Facsimile:  (970) 683-5887
        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2009, the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER** has been sent to the following via electronic e-mail:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

*s/ Markie J. Walker*
Markie J. Walker