IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

Plaintiff,

    v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER**

---

Upon consideration of Defendants' Unopposed Motion for Leave to Amend Answer, it is this

\_\_\_\_\_ day of _____ 2009

ORDERED that Defendants' Motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendants' Amended Answer submitted as Exhibit A to Defendants' Unopposed Motion for Leave to Amend Answer shall be deemed filed as of the date of this order.

                                                          BY THE COURT

                                                          _____

                                                           Kathleen M. Tafoya
                                                           United States Magistrate Judge