IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01063–REB–KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants' Unopposed Motion for Leave to Amend Answer" (# 17, filed September 10, 2009) is GRANTED. The Clerk of Court is directed to file "Defendants' Amended Answer and Counterclaim" (Doc. No. 17-2).

Dated: September 10, 2009