**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-01063 REB-KMT

**TONYA CREEL,**
Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**
Defendants.

---

## JOINT MOTION FOR PROTECTIVE ORDER

---

Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 26(c) and D.C.Colo.LCivR 7.1F, jointly move the Court to enter the Protective Order, attached hereto. As grounds for this Motion, the parties state:

1. Pursuant to D.C.Colo.LCivR 7.1A, the parties have discussed the relief sought by this Motion and all parties support this Motion.

2. Pursuant to Fed.R.Civ.P. 26(c), the Court has authority to enter a protective order to protect a party or other persons from annoyance, embarrassment, oppression, or undue burden or expense by limiting or restricting the disclosure of information and documents of a confidential or sensitive nature. In this case, the parties may produce confidential and sensitive financial, employment, medical or other information regarding the Plaintiff and individuals who are not a party to this lawsuit. The disclosure of this information outside of this litigation may violate the privacy rights of a party or other person, or subject a party or other person to

annoyance, oppression, or undue burden or expense.

3. The parties have agreed to the terms of the Proposed Protective Order filed with this Motion, and believe that it will facilitate this litigation by protecting against unnecessary disclosure of confidential and sensitive information and documents.

WHEREFORE, the parties respectfully move for entry of the attached Protective Order.

Respectfully submitted this 14th day of October, 2009.

s/Michael Porter
Michael S. Porter, Esq.
THE LAW FIRM OF MICHAEL S. PORTER
40 Inverness Drive East
Englewood, CO 80112
Attorney for Plaintiff

s/Jim Colling
Jim Colling, Esq.
BECHTEL & SANTO, LLP
205 N. 4th St., Suite 300
Grand Junction, CO 81501
Attorney for Defendant