IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01063–REB–KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Stay or In the Alternative for Entry of a Protective Order Under F.R.C.P. [sic] 26(C) [sic]" (# 29, filed October 28, 2009) is GRANTED in part. Plaintiff shall file a response to Defendants' Motion no later than November 9, 2009. Defendants shall file a reply no later than November 12, 2009. Discovery shall be stayed pending resolution of the remaining issues presented in Defendants' Motion.

Dated: November 2, 2009