## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  09-CV-01063 REB-KMT

**TONYA CREEL,**

     Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC.**, a Colorado Corporation

     Defendants

---

## ENTRY OF APPEARANCE

---

     Richard C. LaFond of Richard C. LaFond, P.C. hereby enters his appearance as co-counsel for Plaintiff in the above-captioned matter.

     Respectfully submitted this 3rd day of November 2009.


     s/  Richard C. LaFond

     Richard C. LaFond, P.C.
     1756 Gilpin Street
     Denver, CO  80218
     Phone:  (303) 388-4551
     Fax: (303) 388-8324
     Email: richardlafondpc@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael S. Porter, Esq.
porterlaw@comcast.net

Michael C. Santo, Esq.
santo@bechtelsanto.com

Jim C. Colling, Esq.
colling@bechtelsanto.com

<u>s/  Richard C. LaFond</u>

Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80218
Telephone: (303) 388-4551
FAX: (303) 388-8324
E-mail: richardlafondpc@gmail.com

2