# EXHIBIT A

# TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR ENTRY OF A PROCTECTIVE ORDER UNDER F.R.C.P. 26(C)

# 09-cv-01063

<<Back

  KRDO.com | Where The News Comes First®

## Feds raid west slope medical offices

Posted: Oct 14, 2009 10:09 AM MDT

Updated: Oct 14, 2009 11:33 PM MDT



GRAND JUNCTION, Colo. (KJCT) -- Federal agents served a search warrant on the three medical offices on the western slope Wednesday.

A U-Haul was used to seize patient records from Urgent Care facilities in Grand Junction and Montrose and the medical practice of Dr. Sam Jahani in Delta. Patient records of Dr. Eric Anthony Peper were also seized during the raid.

Sources have told us they believe this raid involves the misuse of prescriptions and drugs. Patients say they aren't surprised.



"I felt I was mistreated," Mike Gartner said, a former patient of Dr. Jahani.

He says a friend used to work for Dr. Jahani, but she quit after witnessing unethical behavior. "She wasn't real happy because of the billing practices. She pulled her file and everything," Gartner said.

According to the ABC station in Dallas, Texas, In 2004 Dr. Jahani was investigated by the Texas Justice Department for Medicare fraud of over $200-million.

"He has sent in fraudulent claims with fraudulent diagnosis. He would often make up diagnoses," Carolyne Gray said, who worked with Dr. Jahani in Dallas.

Jahani's Company, Integrated Health Services, agreed to repay the federal government $19-million in exchange for not admitting to any wrong doing.

Dr. Jahani currently serves as a Medical Director at Palisade Living Center where he oversees several patients. A spokesperson says they are closely watching the investigation and looking into his role at the facility.

Dr. Eric Peper specialized in cardio-thoracic surgery until 2004-- when the state medical board investigated a complaint involving 19 patients. He currently has an active license in Colorado to practice non-surgical medicine.

Grand Junction and Montrose Police Departments helped secure the facilities. The Western Colorado Drug Task Force is also assisting in the investigation.

 WorldNow

All content © Copyright 2000 - 2009 WorldNow and KRDO. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.



# Federal agents raid Western Slope doctors' offices

written by:                    Date last updated: 10/14/2009 8:50:42 PM

MONTROSE (AP) - Federal agents seized patient records from urgent care clinics in Grand Junction and Montrose and from a doctor's office in Delta in western Colorado, but didn't say why.

In a statement, U.S. Attorney Dave Gaouette said the records were seized Wednesday from the medical practices of Dr. Sam Jahani, an internist, and Dr. Eric Anthony Peper, a thoracic surgeon.

The Montrose Daily Press reported that Drug Enforcement Administration agents conducted the raids. Denver-based DEA spokesman Mike Turner said no arrests have been made. He declined further comment, saying it's an ongoing investigation.

U.S. attorney spokesman Jeff Dorschner did not immediately return a phone call. No one answered the phone at office numbers listed for Jahani and Peper.

Jahani is the registered agent for Urgent Care Inc., and has been licensed to practice medicine in Colorado since 2000, according to state records.

Records show Peper has been licensed to practice medicine since 1983, first in California and later Nebraska before becoming licensed in Colorado in 2002.

In 2003, Peper lost his privileges at Grand Junction's St. Mary's Hospital after an outside reviewer found several cases of "misadventure" during heart surgery and possible lapses in technique and judgment, according to court documents filed in Peper's lawsuit challenging the decision.

The reviewer noted that some patients underwent excessively long procedures.

In his lawsuit, Peper said the hospital ordered the review after he said he planned to establish a competing medical practice.

A message left for St. Mary's officials was not immediately returned.

(Copyright Associated Press, All Rights Reserved)

# TheDenverChannel.com

**DEA Seizes Records Of 2 Western Slope Doctors**

## *DEA Says Investigation Ongoing*

**MONTROSE, Colo.** -- Federal agents have seized patient records from urgent-care clinics in Grand Junction and Montrose and from a doctor's office in Delta in western Colorado, but didn't say why.

Records from the medical practice of Dr. Sam Jahani were seized in Delta. Patient records of Dr. Eric Anthony Peper were also seized during the raids.

Sources told KJCT-TV investigators were looking for evidence of misuse of prescriptions and drugs.

Denver-based Drug Enforcement Administration spokesman Mike Turner said no arrests have been made. He declined further comment and said it's an ongoing investigation.

Patients of Dr. Jahani or Dr. Peper who need a copy of their medical file must have a medical practitioner call 720-895-4269.

Report a typo or inaccuracy

Copyright 2009 by TheDenverChannel.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

> Oh s#%@! I spilled my wine.
> —*Haute Mama Richie*

HAUTE MAMAS

C🖨 PRII

DEA raids doctors' offices

By AMY HAMILTON and PAUL SHOCKLEY/The Grand Junction Daily Sentinel

Wednesday, October 14, 2009

Offices and other property of a Montrose doctor with several clinics around the Western Slope, including one in Grand Junction, were raided by Drug Enforcement Administration officials Wednesday.

Agents took patients' medical files from the offices of Dr. Sam Jahani, who runs GJ Urgent Care, 517 N. First St., and Montrose Urgent Care, 2035 S. Townsend Ave. Jahani also has an office in Delta with Dr. Eric Peper at 164 W. Third St. Agents also searched Jahani's large, rural Montrose home.

Sources said the investigation is related to the distribution of controlled substances at Jahani's clinics.

Authorities were tight-lipped Wednesday about details related to the case, and the federal search warrant affidavits were under seal.

According to the Colorado Secretary of State's Office, Jahani first was issued a license to practice medicine in Texas in 1988 and was issued a license in Colorado in May 2000. Jahani, 48, is an internist with an active license in both states. He has permitting privileges at Delta County Memorial Hospital and has worked since 2001 at the Willow Tree Nursing Home in Delta.

Peper is a thoracic surgeon and has an active license with conditions to practice in Colorado. Peper's privileges to practice at St. Mary's Hospital were permanently revoked in 2003.

A Daily Sentinel phone call to Jahani's home was not answered Wednesday.

Agents on Wednesday carried items out of the GJ Urgent Care clinic to a U-Haul truck that was backed up to the facility.

The medical files being confiscated contain "highly sensitive pieces of evidence for us," said Jim Schrant, resident agent in charge of the DEA.

People who came to the Grand Junction facility on Wednesday for care were met and questioned by Grand Junction Police Department officers.

Authorities said patients of Jahani or Peper who wish to access their medical files should have their health care provider call 720-895-4269, and the records will be released to the medical practitioner with a HIPPA release form.

The walk-in clinics are designed to offer health care for patients who do not have a primary care doctor, do not want to wait for a doctor's appointment or who want care after traditional doctors offices are closed.

Email AMY HAMILTON

Email PAUL SHOCKLEY
Vote for this story!

**Find this article at:**
http://www.gjsentinel.com/news/content/news/stories/2009/10/14/101509_1a_DEA_medical_raids.html?cxtype=rss&cxsvc=7&cxcat=7

Check the box to include the list of links referenced in the article.



Upscale drug traffic in the DEAÂ's sights

By The Daily Sentinel

Thursday, October 15, 2009

Drug raids in western Colorado typically fall into one of a handful of categories: A local methamphetamine lab is discovered and shut down. Regional distributors of pot, cocaine or meth are found and arrested. Some drug "mule" is caught at the bus station with a load of drugs, passing through the area on his way to deliver his goods to some other locale.

Even when those cases involve large amounts of drugs and money, the suspects usually don't travel in the upper strata of society.

That's what makes Wednesday's Drug Enforcement Administration raid on a Montrose physician's home and clinics he operates so unusual. As the photo of his house on the front page of Thursday's Daily Sentinel indicates, Dr. Sam Jahani has been very successful.

It must be noted that Dr. Jahani hasn't been arrested or charged with any crime related to Wednesday's raids. And, while a source told Sentinel reporters Paul Shockley and Amy Hamilton the raids were part of an investigation related to distribution of controlled substances, none of the information released to the public so far links Jahani to that reported drug distribution.

Whatever happens with Jahani and Wednesday's raid, there is a broader issue here.

Trafficking in illegal drugs isn't just a blue-collar crime committed by meth cookers or pot smokers. It also occurs in more upscale neighborhoods, usually with different sorts of people dealing in other kinds of drugs. We're pleased to see that the DEA and local law enforcement officials also take seriously that type of illegal drug activity.

Vote for this story!