# EXHIBIT B

# TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR ENTRY OF A PROCTECTIVE ORDER UNDER F.R.C.P. 26(C)

# 09-cv-01063

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 09-CV-01063 REB-KMT**

**TONYA CREEL,**
Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**
Defendants.
_____

### PLAINTIFF'S FIRST SET OF INTERROGATORIES
_____

The Plaintiff, Tonya Creel, by and through her counsel of record, submits the following First Set of Interrogatories to the Defendant Sam Jahani, D.O., pursuant to Fed.R.Civ.P. 33.

For purposes of these interrogatories and requests, the following definitions apply:

A.  "Document" shall include any written, printed, electronic, recorded, graphic or photographic matter, or sound production or reproduction, however produced or reproduced, of any type of nature whatsoever, which is or was in the possession or control of Defendant, its agents, employees or attorneys. "Document" also has the meaning prescribed in Rule 34 of the Federal Rules of Civil Procedure. The term "document" specifically includes but is not limited to, notes, minutes, tapes, memorandum, reports, electronic mail, correspondence and letters.

B.  "Identify" with respect to an individual means to state the individual's name, social security number if known, last known address, telephone number and job title.

C.  "Identify" or state the "identity" of a document means to state its date, author, type of document (e.g., letter, note, memorandum, etc.), recipient and number of pages or, if the above information is not available, some other means of describing it and its location.  If any such document was, but is no longer in Defendant's possession or control, or in existence, state whether it is (1) missing or lost; (2) has been destroyed; (3) has been transferred to others; or (4) otherwise disposed of, and in each instance explain the circumstances surrounding the disposition thereof and the approximate date of disposition. To "identify" a person means to state his or her name, date of birth, date of hire, job title, and last known home address and telephone number.

D.  "Defendants," "Sam Jahani, D.O," "Jahani," "Your," and "You," shall include any and all related entities, as well as employees, management officials, agents and representatives of the same.

If you do not understand a term used in (or what information is being sought by) a request for production, please contact Plaintiff's counsel at any time after service of this request for production, and an attempt will be made to resolve any comprehension problems orally or in writing.

### INTERROGATORIES

### INTERROGATORY NO. 1:

Please identify all individuals who worked in the office of Sam Jahani, D.O. and/or Urgent Care, Inc. located at 164 W. 3rd Street, Delta, CO 81416, including all former and present employees and independent contractors, during the time period of May 1, 2006 to the present, providing each individual's full name, last known mailing address and phone number, the dates each individual worked at this office, the individual's employer or contractor (i.e., Sam Jahani, D.O or Urgent Care, Inc.) and the position or job each individual fulfilled while working at this office.

**RESPONSE:**

**INTERROGATORY NO. 2:**

Please identify all individuals who allegedly reported that Tonya Creel "made comments in the office that she wanted to extract money from Dr. Jahani to leave her job," as referenced in the document produced by Defendants bearing the bate stamp "DEF-07," providing each individual's full name, last known mailing address and phone number, and the date and substance of the comments made by each such individual.

**RESPONSE:**

**INTERROGATORY NO. 3:**

Please identify all individuals who allegedly reported that Tonya Creel did not properly perform her job duties and/or displayed disruptive behavior or conduct at work, as referenced in the document produced by Defendants bearing the bate stamp "DEF- 06-10," providing each individual's full name, last known mailing address and phone number, and the date and substance of the comments made by each such individual.

**RESPONSE:**

**INTERROGATORY NO. 4:**

Please identify all individuals former employees or independent contractors who worked in the office of Sam Jahani, D.O. and/or Urgent Care, Inc. located at 164 W. 3rd Street, Delta, CO 81416, who were fired or terminated, during the time period of May 1, 2006 to the present, providing each individual's full name, last known mailing address and phone number, and your reason for firing or terminating each such individual.

**RESPONSE:**

**INTERROGATORY NO. 5:**

Please describe all activities of Urgent Care, Inc. that were conducted or performed at the office located at 164 West Third Street, Delta, CO 81416.

**RESPONSE:**

**INTERROGATORY NO. 6:**

Please identify the officers, shareholders, managers and employees of Urgent Care, Inc. during the time period of May 2006 to the present.

**RESPONSE:**

Respectfully submitted Wednesday, September 16, 2009.

                THE LAW FIRM OF MICHAEL S. PORTER

By:    /s/ Michael S. Porter_____
          Michael S. Porter, Esq.
          4465 Kipling Street
          Wheat Ridge, CO  80033
          Telephone:  (303) 940-8370
          Fax:     (303) 421-4309
          E-mail: porterlaw@comcast.net

          Richard C. LaFond, Esq.
          Richard C. LaFond, P.C.
          1756 Gilpin St.
          Denver, CO  80202
          Telephone:  (303) 388-4551
          Fax:  (303) 388-8324
          E-mail:  richardlafondpc@gmail.com

          **ATTORNEYS FOR THE PLAINTIFF**
          **TONYA CREEL**

## CERTIFICATE OF MAILING

      I hereby certify that on Wednesday, September 16, 2009, a true and correct copy of the foregoing was placed in the U.S. Mail, postage pre-paid, addressed to the following:

    Michael C. Santo, Esq.
    Jim C. Colling, Esq.
    205 N. 4th Street, Suite 300
    Grand Junction, CO  81501

                                                                                                                               _____