# EXHIBIT D

# TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR ENTRY OF A PROCTECTIVE ORDER UNDER F.R.C.P. 26(C)

# 09-cv-01063

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 09-CV-01063 REB-KMT**

**TONYA CREEL,**
Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**
Defendants.

_____

**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**
_____

Plaintiff, Tonya Creel, by and through her counsel of record, submits the following Second Set of Requests for Production to the Defendant Sam Jahani, D.O., pursuant to Fed.R.Civ.P. 34.

For purposes of these interrogatories and requests, the following definitions apply:

A.  "Document" shall include any written, printed, electronic, recorded, graphic or photographic matter, or sound production or reproduction, however produced or reproduced, of any type of nature whatsoever, which is or was in the possession or control of Defendant, its agents, employees or attorneys. "Document" also has the meaning prescribed in Rule 34 of the Federal Rules of Civil Procedure. The term "document" specifically includes but is not limited to, notes, minutes, tapes, memorandum, reports, electronic mail, correspondence and letters.

B.  "Identify" with respect to an individual means to state the individual's name, social security number if known, last known address, telephone number and job title.

C. "Identify" or state the "identity" of a document means to state its date, author, type of document (e.g., letter, note, memorandum, etc.), recipient and number of pages or, if the above information is not available, some other means of describing it and its location. If any such document was, but is no longer in Defendant's possession or control, or in existence, state whether it is (1) missing or lost; (2) has been destroyed; (3) has been transferred to others; or (4) otherwise disposed of, and in each instance explain the circumstances surrounding the disposition thereof and the approximate date of disposition. To "identify" a person means to state his or her name, date of birth, date of hire, job title, and last known home address and telephone number.

D. "Defendants," "Sam Jahani, D.O," "Jahani," "Your," and "You," shall include any and all related entities, as well as employees, management officials, agents and representatives of the same.

If you do not understand a term used in (or what information is being sought by) a request for production, please contact Plaintiff's counsel at any time after service of this request for production, and an attempt will be made to resolve any comprehension problems orally or in writing.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce complete and legible copies of your business' "Practice Analysis" by month starting September 2005 through to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**

Please produce complete and legible copies of your business' procedures billed report by month starting September 2005 through to the present.

2

Case No. 1:09-cv-01063-REB-KMT   Document 33-4   filed 11/06/09   USDC Colorado   pg 4 of 5

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**

Please produce complete and legible copies of your business' "Procedure Code Unit" by month starting September 2005 through to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**

Please produce complete and legible copies of your business' "Monthly AR (accounts receivable) Days" by month starting September 2005 through to the present.

**RESPONSE:**

Respectfully submitted Monday, September 21, 2009.

                THE LAW FIRM OF MICHAEL S. PORTER

By:   /s/ Michael S. Porter_____
        Michael S. Porter, Esq.
        4465 Kipling Street
        Wheat Ridge, CO  80033
        Telephone:  (303) 940-8370
        Fax:     (303) 421-4309
        E-mail: porterlaw@comcast.net

        Richard C. LaFond, Esq.
        Richard C. LaFond, P.C.
        1756 Gilpin St.
        Denver, CO  80202
        Telephone:  (303) 388-4551
        Fax:  (303) 388-8324
        E-mail:  richardlafondpc@gmail.com
        ATTORNEYS FOR THE PLAINTIFF
        **TONYA CREEL**

3

## CERTIFICATE OF MAILING

  I hereby certify that on Monday, September 21, 2009, a true and correct copy of the foregoing was placed in the U.S. Mail, postage pre-paid, addressed to the following:

  Michael C. Santo, Esq.
  Jim C. Colling, Esq.
  205 N. 4th Street, Suite 300
  Grand Junction, CO  81501

                 _____