**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

                        Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

                        Defendants.

---

**SUPPLEMENT TO DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE
FOR ENTRY OF A PROTECTIVE ORDER UNDER F.R.C.P. 26(C)**

---

       Defendants Sam Jahani, D.O. and Urgent Care, Inc. ("Defendants"), by and through their counsel, Bechtel & Santo, LLP, respectfully submit this Supplement to its Motion to Stay or in the Alternative for Entry of a Protective Order Under F.R.C.P. 26(c) ("Motion"), and in support thereof state as follows:

       1.     F.R.C.P. 11(b)(3) requires all factual contentions advocated by a party to have evidentiary support.

       2.     Although the factual contentions stated in Defendants' Motion and their Reply were true at the time those documents were filed, some of the factual contentions stated in Defendants' Motion and Reply are no longer accurate.

       3.     So, in an effort to comply with their continuing Rule 11 obligations, Defendants hereby file the following supplement to their Motion.

4. On the afternoon of November 16, 2009, Defendants' counsel confirmed that Defendant Jahani retained counsel to represent him, as necessary, on all matters relating or affecting the ongoing criminal investigation referenced in Defendants' Motion (hereinafter referred to as "criminal counsel").

5. Criminal counsel advised Defendants' counsel that, with respect to the Fifth Amendment concerns stated in Defendants' Motion, depositions could be taken, provided criminal counsel was permitted to attend the depositions.

6. Criminal counsel further advised that he has no additional information pertaining to the scope of the investigation or when Defendants files will be returned.

7. On November 17th, 2009, Defendants spoke with Plaintiff's counsel and shared the contents of this Supplement.

8. Defendants are not requesting a modification in the relief sought in their Motion, but wish to inform the Court about these changes to pertinent facts that may impact the relief, if any, awarded by the Court in response to Defendants' Motion.

Respectfully submitted this 17th day of November 2009.

BECHTEL & SANTO, L.L.P.

  s/ Jim C. Colling
Michael C. Santo, #24083
Jim C. Colling, #38300
205 N. 4TH Street, Suite 300
Grand Junction, CO  81501
Telephone:  (970) 683-5888
Facsimile:  (970) 683-5887
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2009, the foregoing **SUPPLEMENT TO DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER UNDER F.R.C.P. 26(C)** has been sent by electronic e-mail to the following:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

                                                        s/ Markie J. Walker
                                                        Markie J. Walker