# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 09-CV-01063 REB-KMT

TONYA CREEL,

        Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

        Defendants.

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Urgent Care, Inc., by and through their counsel, Bechtel & Santo, LLP, respectfully submits its Rule 7.1 Disclosure Statement and states as follows:

1. No parent corporation or any publically held corporation owns 10% or more of the stock of Urgent Care, Inc.

Respectfully submitted this 17th day of November 2009.

        BECHTEL & SANTO, L.L.P.

        s/ Jim C. Colling
        Michael C. Santo, #24083
        Jim C. Colling, #38300
        205 N. 4TH Street, Suite 300
        Grand Junction, CO 81501
        Telephone: (970) 683-5888
        Facsimile: (970) 683-5887
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2009, the foregoing **RULE 7.1 DISCLOSURE STATEMENT** has been sent by electronic e-mail to the following:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

                                        s/ Markie J. Walker
                                        Markie J. Walker