IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

**TONYA CREEL,**
Plaintiff,

v.

**SAM JAHANI, D.O.,** and **URGENT CARE, INC.,** a Colorado Corporation
Defendants.

---

### JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

---

The Plaintiff and the Defendants, pursuant to D.C.Colo.LCivR 6.1 and 7.1, jointly move this Court to continue the trial date in this matter, and as grounds therefore state:

1. Pursuant to D.C.Colo.LCivR 7.1A, the parties have discussed the relief sought by this Motion and all parties support this Motion.

2. The Court has set a trial in this matter for the week of July 12, 2010.

3. A number of factors and events have delayed the parties' progress in completing discovery. Notable factors and events include the government's confiscation of the Defendants' records, the delay occasioned by resolution of the Defendants' Motion to Stay or in the Alternative for Entry of a Protective Order Under F.R.C.P 26(c) (Documents # 29, 37) and the recent events of two key witnesses, Robin Linker and Susan Thurston, initially committing to depositions, then electing to retain counsel and postponing the depositions until March of 2010.

4. The parties agree that they have exercised reasonable diligence, but

1

believe the interests of justice will be best served by modifying the scheduling order to reflect the following dates:

    a.    Deadline for Joinder of Parties and Amendment of Pleadings- April 9, 2010;

    b.    Discovery Cut-off:    June 30, 2010;

    c.    Dispositive Motion Deadline:    July 30, 2010;

    d.    Deadline for the submission of interrogatories, requests for production or requests for admission:    May 28, 2010.

5. The parties jointly believe that any extension of the discovery dates will necessarily require the Court to vacate the existing trial dates.

6. On February 25, 2010, the parties filed a joint motion to modify the scheduling order as stated above. The Court denied the parties' Motion stating that the dates sought by the parties were inconsistent with the trial date, that the parties had not yet filed a motion to continue the trial date, and that the Court did not have authority to modify a trial date set by Judge Blackburn (Document # 42).

7. Accordingly, the parties now come before this Court to request a continuance of the trial dates in this matter.

8. Defendants' counsel also recently learned that the trial date conflicted with a planned family vacation to celebrate his mother's birthday. Attempts to reschedule that date have been unsuccessful due to the large size of the family gathering. Although this is not the primary basis for the current motion, the Defendants would also

respectfully request the Court to vacate the trial dates on this basis. The Defendants' counsel apologizes for this basis and asserts that he has diligently attempted to reschedule this very important event for his family. The Plaintiff does not oppose this basis for vacating the trial date.

9. The parties respectfully submit that, should the Court grant their Motion, the parties shall contact the Court within two weeks from the date an Order is entered to set a status conference at which the parties shall be prepared to set a new trial date.

10. The parties stand by to engage in a telephonic or live conference with the Court to discuss the relief sought herein, should the Court so desire.

WHEREFORE, the parties respectfully request that the trial dates in this matter be continued and request such further relief as this Court may deem appropriate.

Respectfully submitted this 4th day of March, 2010.

Michael S. Porter, #11480
THE LAW FIRM OF MICHAEL S. PORTER
4465 Kipling Street
Wheat Ridge, CO 80033
Telephone: (303) 940-8370
Attorney for Plaintiff

Jim C. Colling, #38300
BECHTEL & SANTO, LLP
205 N. 4th St., Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR CONTINUANCE OF TRIAL DATE** has been served simultaneously on their clients pursuant to D.C.Colo.LCivR 6.1E this 4th day of March 2010:

Michael S. Porter, #11480
THE LAW FIRM OF MICHAEL S. PORTER
4465 Kipling Street
Wheat Ridge, CO 80033
Telephone: (303) 940-8370
Attorney for Plaintiff

Jim C. Colling, #38300
BECHTEL & SANTO, LLP
205 N. 4th St., Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Attorneys for Defendants