## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Joint Motion For Continuance of Trial Date** [#43] filed March 4, 2010.  After careful review of the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion For Continuance of Trial Date** [#43] filed March 4, 2010, is **GRANTED**;

    2.  That the Trial Preparation Conference set for June 24, 2010, and the jury trial set to commence July 12, 2010, are **VACATED** and are **CONTINUED** until further order of this court;

    3.  That the parties shall contact the chambers of Judge Robert E. Blackburn, (303) 335-2350 to speak with the court's Administrative Assistant, Susan Schmitz, within a week from the entry of an amended scheduling order to reset the trial preparation conference and jury trial; and

    4.  That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  March 5, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.