**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-CV-01063 REB-KMT

**TONYA CREEL,**
Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**
Defendants.

---

### SECOND JOINT MOTION TO MODIFY THE SCHEDULING ORDER
---

The Plaintiff and the Defendants, pursuant to Fed.R.Civ.P. 26(c) and D.C.Colo.LCivR 7.1F and 16.1, jointly move this Court to modify the Scheduling Order, and as grounds therefore state:

1. Pursuant to D.C.Colo.LCivR 7.1A, the parties have discussed the relief sought by this Motion and all parties support this Motion.

2. A number of factors and events have delayed the parties' progress in completing discovery.  Notable factors and events include the government's confiscation of the Defendants' records, the delay occasioned by resolution of the Defendants' Motion to Stay or in the Alternative for Entry of a Protective Order Under F.R.C.P 26(c) (Document # 29) and the recent events of two key witnesses, Robin Linker and Susan Thurston, initially committing to depositions, then electing to retain counsel and postponing the depositions until March of 2010.

3. The parties agree that they have exercised reasonable diligence, but believe the interests of justice will be best served by modifying the scheduling order to reflect the following

1

dates:

    a.    Deadline for Joinder of Parties and Amendment of Pleadings- April 9, 2010;

    b.    Discovery Cut-off:    June 30, 2010;

    c.    Dispositive Motion Deadline:    July 30, 2010;

    d.    Deadline for the submission of interrogatories, requests for production or requests for admission:    May 28, 2010.

4.    With respect to the deadlines for the disclosure of expert witnesses, the parties do not presently anticipate the need to extend those deadlines, but advise the Court that they may later seek adjustment of those dates after additional discovery has been completed and the government returns the Defendants' records.

5.    The parties also note that this Court has set a settlement conference for April 19, 2010. At this time, the parties do not view their settlement positions to be markedly changed from their positions prior to the December 9, 2009 settlement conference which the Court cancelled. The parties respectfully submit that this Court may want to vacate the April 19, 2010 settlement conference and reschedule a settlement conference to a later date.

6.    Finally, Judge Blackburn has now continued the trial date (Document #44), which appeared to be the impediment to this Court's granting of the parties first Joint Motion to Modify the Scheduling Order (Document #40).

7.    The parties stand by to engage in a telephonic or live conference with the Court to discuss the relief sought herein, should the Court so desire.

WHEREFORE, the parties respectfully request that the Scheduling Order be modified as

requested herein and request such further relief as this Court may deem appropriate.

Respectfully submitted this 5th day of March, 2010.

_____/s/_____  _____/s/_____
Michael S. Porter, #11480                          Jim C. Colling, #38300
THE LAW FIRM OF MICHAEL S. PORTER    BECHTEL & SANTO, LLP
4465 Kipling Street                                      205 N. 4th St., Suite 300
Wheat Ridge, CO 80033                             Grand Junction, CO  81501
Telephone: (303) 940-8370                         Telephone: (970) 683-5888
Attorney for Plaintiff                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing **SECOND JOINT MOTION TO MODIFY THE SCHEDULING ORDER** has been served simultaneously on their clients pursuant to D.C.Colo.LCivR 6.1E this 5th day of March 2010:

_____/s/_____  _____/s/_____
Michael S. Porter, #11480                          Jim C. Colling, #38300
THE LAW FIRM OF MICHAEL S. PORTER    BECHTEL & SANTO, LLP
4465 Kipling Street                                      205 N. 4th St., Suite 300
Wheat Ridge, CO 80033                             Grand Junction, CO  81501
Telephone: (303) 940-8370                         Telephone: (970) 683-5888
Attorney for Plaintiff                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the foregoing was filed and served on Friday, March 05, 2010 by CMECF addressed to:

Richard C. LaFond, Esq.           (richardlafondpc@gmail.com)
Michael C. Santo, Esq.            (santo@bechtelsanto.com)
Jim C. Colling, Esq.              (colling@bechtelsanto.com)

                                                         s/ Michael S. Porter_____