IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

TONYA CREEL,

Plaintiff,

v.

SAM JAHANI, D.O., and URGENT CARE, INC., a Colorado Corporation

Defendants.

## PLAINTIFF'S AMENDED NOTICE OF DEPOSITION DUCES TECUM TO SUSAN THURSTON

TO:   Susan Thurston
      0864 County Road 323
      Rifle, CO  81650

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of SUSAN THURSTON, at the offices of Hall & Evans, LLC, 1125 Seventeenth Street, Suite 600, Denver, Colorado 80202. The deposition will commence on Wednesday, March 17, 2010 at 9:30 a.m. The deposition(s) will be recorded by stenographer.

At your deposition, you are hereby requested to produce the following documents in your possession:

1. Your complete file regarding Sam Jahani, D.O or Urgent Care, Inc., including all evidence of communications, medical records reviewed, and reports prepared.

2. Any memoranda, correspondence or the like with Tonya Creel.

3. Any memoranda, correspondence or the like between Tonya Creel and/or her attorney Anne Novick Branan, Esq. of Broad and Cassel.


EXHIBIT 1

1

Respectfully submitted Monday, March 01, 2010.

          THE LAW FIRM OF MICHAEL S. PORTER

          By: s/ Michael S. Porter
            Michael S. Porter, Esq.
            4465 Kipling Street
            Wheat Ridge, Colorado 80033-2810
            Telephone: (303) 940-8370
            Fax: (303) 421-4309
            E-mail: porterlaw@comcast.net

            Richard C. LaFond, Esq.
            Richard C. LaFond, P.C.
            1756 Gilpin Street
            Denver, CO 80218
            Telephone: (303) 388-4551
            Fax: (303) 388-8324
            E-mail: richardlafondpc@gmail.com
         **ATTORNEYS FOR THE PLAINTIFF,**
         **TONYA CREEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via e-mail addressed to the following, Monday, March 01, 2010:

Richard C. Lafond, Esq.  richardlafondpc@gmail.com
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80218

Michael C. Santo, Esq.  santo@bechtelsanto.com
Jim C. Colling, Esq.  colling@bechtelsanto.com
205 N. 4th Street, Suite 300  himes@bechtelsanto.com
Grand Junction, CO 81501

Lance G. Eberhart, Esq.  Eberhart@hallevans.com
Hall & Evans, LLC
1125 Seventeenth Street, Suite 600
Denver, Colorado 80202

          s/ Yvonne Greenbaum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

TONYA CREEL,

Plaintiff,

v.

SAM JAHANI, D.O., and URGENT CARE, INC., a Colorado Corporation

Defendants.

## SUBPOENA DUCES TECUM IN A CIVIL CASE

TO: Susan Thurston
0864 County Road 323
Rifle, CO 81650

YOU ARE HEREBY COMMANDED to appear at the following place, date, and time specified to testify at the taking of a deposition in the above case:

PLACE OF DEPOSITION: Hall & Evans, LLC,
1125 Seventeenth Street, Suite 600,
Denver, Colorado 80202.

DATE AND TIME: March 17, 2010 at 9:30 a.m.

YOU ARE COMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above:

1. Your complete file regarding Sam Jahani, D.O or Urgent Care, Inc., including all evidence of communications, medical records reviewed, and reports prepared.

2. Any memoranda, correspondence or the like with Tonya Creel.

3. Any memoranda, correspondence or the like between Tonya Creel and/or her attorney Anne Novick Branan, Esq. of Broad and Cassel.

Respectfully submitted Monday, March 01, 2010.

1

THE LAW FIRM OF MICHAEL S. PORTER

By: s/ Michael S. Porter
    Michael S. Porter, Esq.
    4465 Kipling Street
    Wheat Ridge, Colorado  80033-2810
    Telephone: (303) 940-8370
    Fax:    (303) 421-4309
    E-mail: porterlaw@comcast.net

    Richard C. LaFond, Esq.
    Richard C. LaFond, P.C.
    1756 Gilpin Street
    Denver, CO 80218
    Telephone: (303) 388-4551
    Fax:    (303) 388-8324
    E-mail:  richardlafondpc@gmail.com
**ATTORNEYS FOR THE PLAINTIFF,
TONYA CREEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via e-mail addressed to the following, Monday, March 01, 2010:

Richard C. Lafond, Esq.    richardlafondpc@gmail.com
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80218

Michael C. Santo, Esq.    santo@bechtelsanto.com
Jim C. Colling, Esq.    colling@bechtelsanto.com
205 N. 4th Street, Suite 300    himes@bechtelsanto.com
Grand Junction, CO  81501

Lance G. Eberhart, Esq.    Eberhart@hallevans.com
Hall & Evans, LLC
1125 Seventeenth Street, Suite 600
Denver, Colorado  80202    s/ Yvonne Greenbaum