EXHIBIT B TO

BRIEF IN OPPOSITION TO
MOTION FOR PROTECTIVE ORDER

Excerpts from Sam Jahani, D.O.
Deposition Transcript

```
                                                                1

1                IN THE UNITED STATES DISTRICT COURT
2                    FOR THE DISTRICT OF COLORADO
3       Civil Action No. 09-CV-01063 REB-KMT
4       TONYA CREEL,
5       Plaintiff,
6       v.
7       SAM JAHANI, D.O. and URGENT
        CARE, INC., a Colorado corporation,
8
        Defendants.
9
        _____
10
                       DEPOSITION OF SAM JAHANI, D.O.
11      _____
12
13                 PURSUANT TO NOTICE, the deposition of
14      SAM JAHANI, D.O., called for examination by the
15      plaintiff, was taken at 3773 Cherry Creek Drive North,
16      Suite 1005-E, Denver, Colorado, commencing at the hour
17      of 9:00 a.m., on December 17, 2009, before Norman W.
18      Seeger, Notary Public and Certified Shorthand
19      Reporter, State of Colorado.
20
21
22
23
24
25
```

22

1      A      Corporate integrity agreement.

2      Q      Yes, I understand the words.  What does

3  that mean?

4      A      Well, it means that you have to do

5  certain things.

6      Q      What do you have to do?

7      A      You have to review your charts and

8  regulations.  You have to have education for your

9  employees.  You have to have your charts reviewed on a

10  yearly basis.  You have to make reports to

11  governmental agencies regarding your work and what you

12  have done.

13      Q      And by who?  Who is reviewing your

14  charts?

15      A      Independent review organizations,

16  otherwise known as IRO.

17      Q      And in your particular case, did you

18  contract with individuals to perform functions or

19  duties under your CIA?

20      A      I did.

21      Q      And specifically relative to that, who

22  did you hire?

23      A      Susan Thurston.

24      Q      And can you tell me who is Ms. Thurston

25  and what were her duties and obligations relative to

1    you?

2           A      She was a consultant and she was the

3    one that was responsible for education, my education

4    as a physician, and also educating our office and our

5    office staff.

6           Q      Ms. Thurston is not an attorney, is

7    she?

8           A      She is not.

9           Q      And who is Ms. Linker?

10          A      Ms. Linker is the IRO.

11          Q      And what is an IRO?

12          A      Independent review organization.

13          Q      And what do they perform?  What do they

14   do?

15          A      They review your charts and your office

16   procedures including, you know, the way you do things

17   in the office and your billing procedures and things

18   like that on a yearly basis.

19          Q      All right.  Is there any overlap

20   between the functions or duties of Ms. Thurston and

21   that of Ms. Linker?

22          A      Yes, there is.  If Robin is seeing an

23   area that needs more education and that requires more

24   intensive education, whether it's for me or for the

25   office staff, then she contacts Susan Thurston and she

1    terms of fraudulent billing practices, you were the

2    person that they were to come to to report that; is

3    that fair?

4         A    Till we got Ms. Thurston as a

5    replacement.

6         Q    And that was when?

7         A    September or October '08.

8         Q    Okay.  And why was that change made

9    from yourself as compliance officer to Ms. Thurston?

10             MR. COLLING:  And I will object to the

11   form and just instruct you to the extent that it

12   implicates attorney-client privilege not to answer.

13             THE DEPONENT:  I couldn't answer it.

14        Q    (By Mr. LaFond)  You don't know why it

15   was changed?

16        A    I couldn't answer it.  I was told by my

17   counsel not to answer.

18        Q    I don't think that is what he told you.

19   But at any rate, you are refusing to answer the

20   question based on that instruction?

21        A    I am refusing to answer that.  But we

22   felt like that was the better thing to do when we

23   first started the compliance issues, and it's

24   customary for a small practice for the owner to be the

25   compliance officer.

```
 1            Q     Okay.
 2            A     And then we felt like it was better to
 3    change it.
 4            Q     As a matter of fact, that change from
 5    you being compliance officer to Ms. Thurston being
 6    compliance officer directly involved the complaint
 7    filed by Ms. Creel, correct?
 8            A     I don't think that is correct.
 9            Q     Why?
10            A     Because I think that happened before
11    the complaint was filed or we had any knowledge of any
12    complaint being filed.
13            Q     But if it did happen, let's say, the
14    end of November, beginning of December, that was
15    because of Ms. Creel's complaint, wasn't it?
16                  MR. COLLING:  Object to form.
17                  THE DEPONENT:  No, sir, it happened
18    before that.  I recollect that I believe it happened
19    before that.
20                  (WHEREUPON, Deposition Exhibit 25 was
21    marked for identification.)
22            Q     (By Mr. LaFond)  And let me pass it to
23    counsel, this is Exhibit 25.  Can you identify Exhibit
24    25, Doctor?
25            A     Yes, that's a letter that was sent to
```

1     Adrienne Shelfer regarding the change of the

2     compliance officer.

3              Q       And that is sent by your attorney; is

4     that correct?

5              A       That's correct.

6              Q       Okay.  And what is the date of that?

7              A       Let's see, the letter was sent on

8     December 1.

9              Q       Okay.  And that would be the date in

10    which you were removed as compliance officer and Ms.

11    Thurston was replaced?

12             A       No, sir, that was done before that.

13    There is a letter that I believe that says the

14    compliance officer which was done before this date.

15             Q       And whenever it was done, what

16    relationship did it have to Ms. Creel's complaint to

17    the OIG?

18             A       I don't think any.  But if, you know,

19    you have something different, please show me so I can

20    comment on it.  But I don't believe there was any.

21             Q       All right.

22             A       It was something that was in the works

23    before.

24             Q       And on that same page 095, the summary

25    of your job duties is stated as follows, "Dr. Jahani

1     education.

2          Q     But I mean the contract is between you

3     and Ms. Thurston; is that correct?

4          A     That's correct.

5          Q     And to the best of your knowledge, does

6     Ms. Thurston have a contract or has Ms. Thurston been

7     retained in any manner by your attorney?

8          A     Yes, I believe actually the contract is

9     between her and my attorney to be exact.  I don't

10    think it's a contract between Sam Jahani and Ms.

11    Thurston.

12         Q     So let me understand this in terms of

13    the CIA, you believe that the contract is between Ms.

14    Thurston and your attorneys and not you?

15               MR. COLLING:  Object to form.

16               MR. LAFOND:  What is the basis?

17               MR. COLLING:  I don't think the first

18    question was about the CIA.

19         Q     (By Mr. LaFond)  Okay, you can answer

20    that one, though.  Do you remember the question?

21         A     No.

22               MR. LAFOND:  Would you read it back.

23               (WHEREUPON, the following question was

24    read by the reporter:  "So let me understand this in

25    terms of the CIA, you believe that the contract is

1    between Ms. Thurston and your attorneys and not you?")

2                THE DEPONENT:  That is kind of

3    confusing.  I don't remember how that was executed.

4         Q    (By Mr. LaFond)  Let's forget the

5    particulars.  To the best of your knowledge, does any

6    contract exist between Ms. Thurston and your lawyers?

7         A    Between Ms. Thurston and my attorney,

8    yes, I believe it does.

9         Q    And it is true, is it not, that there

10   is also a contract between you and Ms. Thurston?

11        A    That's the part I couldn't answer.  I

12   truly couldn't remember because I believe all the

13   contracts are between her and my attorneys.

14        Q    And what about Ms. Linker, do you have

15   a contract with Ms. Linker?

16        A    I don't believe so.

17        Q    To the best of your knowledge, does Ms.

18   Linker have a contract with your attorney?

19        A    I believe so.

20        Q    Over on page 83 and down at the bottom

21   of page 2, paragraph 2, it says, "Dr. Jahani and his

22   office manager have undergone one-on-one education by

23   the health care consultant regarding the locum tenens

24   services and billing requirements under Medicare."  I

25   take it you are referring to Ms. Creel?

1     your attorney, is it?

2                MR. COLLING:  Object to form.

3                THE DEPONENT:  I don't understand what

4     you are asking, to be honest with you.  Really any

5     part of their job is not controlled by me?

6          Q     (By Mr. LaFond)  No, that any part of

7     their job -- well, first off, it's not controlled by

8     you, the training is not controlled, the review is not

9     controlled by you?

10         A     That's a correct statement.

11         Q     And nor is it controlled by your

12    attorney?

13         A     That's a correct statement.

14               MR. COLLING:  Object to form.

15         Q     (By Mr. LaFond)  If Ms. Linker or Ms.

16    Thurston come upon a problem, what they believe is a

17    problem, are they obligated to report that to you?

18         A     I think they report that to my

19    attorney.

20         Q     Okay.  Why do they report that to your

21    attorney?

22         A     Because we talked about earlier they

23    have a contract with my attorney.

24         Q     What does that contract cover?

25         A     What does what?

1    completely, but that sticks out in my mind.  So if it

2    happened before then, I didn't say it didn't happen,

3    but I can't remember.

4         Q    And if it did happen, there was no

5    investigation into it, was there?

6         A    No, there was an investigation.

7         Q    Into the up-coding?

8         A    See, I don't remember if the up-coding

9    was one of the things they had complained about.

10        Q    That's my point.

11        A    But there was an investigation, I can

12   tell you that, because I had to pay for it.  And, you

13   know, we already established that I pay Susan

14   Thurston, and I do, and I had to pay for it.  And we

15   had to pay for the cost of the investigation.

16        Q    When did that occur?  Was it before or

17   after Ms. Creel was terminated?

18        A    It started before she was terminated.

19        Q    To the best of your recollection, Ms.

20   Thurston was coming in to your office prior to Ms.

21   Creel's termination doing an investigation and that

22   investigation included allegations of improper

23   up-coding?

24        A    I don't believe it was regarding

25   up-coding.  I believe it was related to the charts

1    direction of my attorney.

2         Q    (By Mr. LaFond)  Well, that's where I'm

3    going because as far as I'm concerned from reading

4    these materials, it seems to me that both Ms. Linker

5    and Ms. Thurston by definition could not be under your

6    direction or your attorney's direction or else they

7    would lose their independence.  Does that make any

8    sense?

9         A    It does, but they don't lose their

10   independence because they were performing the job they

11   have been asked to do.

12        Q    We always like to talk about

13   impropriety or the appearance of impropriety.  And if

14   indeed Ms. Linker and Ms. Thurston are supposed to be

15   operating independently to just act as the verifiers

16   whether you are doing things properly, it would appear

17   improper if they were under your direction.  Wouldn't

18   it to you?

19        A    Well, sir, these are professional

20   women.

21        Q    I know.

22        A    They have been doing this for 20, 30

23   years experience with both of them together.  I don't

24   think they would do anything that would be

25   unprofessional or would look unprofessional.

1      there is different levels of it, but an agent is

2      usually authorized to act on behalf of a principal.

3      So, in other words, in any way, shape or form do you

4      know of any way that you have authorized either Ms.

5      Linker or Ms. Thurston to act on your behalf?

6           A     I don't understand that.  All I can

7      tell you is that Robin Linker is the IRO, and she does

8      what she is supposed to do and report that to the

9      attorneys and the government.  And Susan Thurston is

10     the one that does our education.  So that's all I can

11     tell you, sir.

12          Q     What does IRO stand for?

13          A     Independent review organization.

14          Q     And to the best of your knowledge, has

15     Ms. Linker acted independently of you?

16          A     Yes.

17          Q     The same for Ms. Thurston?

18          A     Yes.

19          Q     Back to that conversation you had with

20     Mr. Mingen.

21          A     Mingen.

22          Q     What was the specific -- I understand

23     that you believe that stories were spreading around

24     the community?

25          A     No, I wasn't believing that.  I was