IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

TONYA CREEL,
    Plaintiff,

v.

SAM JAHANI, D.O., and URGENT CARE, INC., a Colorado Corporation
    Defendants.

---

## OPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

---

Comes now the Plaintiff Tonya Creel by and through her Attorneys of Record, Richard LaFond, P.C. and the Law Offices of Michael Porter, to motion this Court to vacate the Settlement Conference in the above-referenced matter scheduled for April 20, 2010 at 1:30pm, and as grounds therefore will state as follows:

    1.    Plaintiff is unable to come to a reasoned Settlement position until, at a minimum, the Deposition of Susan Thurston is taken.

    2.    Plaintiff moves this Court to vacate the Settlement Conference scheduled for April 20, 2010 at 1:30pm because it would be a waste of time.

    3.    If the Court feels that the Conference should go forward, Plaintiff requests that Plaintiff Tonya Creel be allowed to participate in said Conference by telephone.

    4.    Counsel for Plaintiff contacted Counsel for Defendant on April 13, 2010 regarding vacating the Settlement Conference.  Defendant is opposed to this Motion.

WHEREFORE, Plaintiff prays that this Court vacate the Settlement Conference scheduled for April 20, 2010 at 1:30pm.

Respectfully submitted this 19th day of April, 2010.

/s/_____

Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80218
(303) 388-4551
Email: richardlafondpc@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I have electronically filed the foregoing OPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE to the following:

Jim Colling, Esq.
colling@bechtelsanto.com

Michael Porter, Esq.
porterlaw@comcast.net