IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

TONYA CREEL,
    Plaintiff,

v.

SAM JAHANI, D.O., and URGENT CARE, INC., a Colorado Corporation
    Defendants.

**ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE**

THIS MATTER having come before the Court upon Plaintiff's Opposed Motion to Vacate Settlement Conference, and the Court being advised in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Settlement Conference Scheduled for April 20, 2010 at 1:30pm is hereby vacated.

DATED this _____ day of _____, 2010.

BY THE COURT

_____
Magistrate Judge Kathleen Tofoya