**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 09-CV-01063 REB-KMT

TONYA CREEL,

        Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

        Defendants.

---

**OPPOSITION TO PLAINTIFF'S MOTION TO VACATE SETTLEMENT CONFERENCE**

---

    Defendants Sam Jahani, D.O. and Urgent Care, Inc. ("Defendants"), by and through their counsel, Bechtel & Santo, LLP, respectfully submit this Opposition to Plaintiff's Motion to Vacate Settlement Conference.

    1.    On April 19, 2010, Plaintiff filed a Motion to Vacate the Settlement Conference set for April 20, 2010.

    2.    Defendants oppose this motion because they have expended considerable money preparing for the Settlement Conference and have already arranged for travel to and from the Settlement Conference. Plaintiff has known about this date since March 16, 2010. In fact, the date was set at Plaintiff's request. At the time the date was set, Plaintiff was aware that a Protective Order was being filed.

    3.    Plaintiff did not mention any desire to continue the date of the Settlement Conference until after Defendants submitted their confidential settlement statement, which was the due date for

statements to be submitted. Notably, a hearing on Defendants' Motion for Protective Order was set on March 15, 2010. So, the alleged reason for Plaintiff's Motion was known to Plaintiff thirty-four days before Plaintiff filed her Motion to Vacate the Settlement Conference. Despite this advanced knowledge, Plaintiff now files her motion just one day before the Settlement Conference, at significant cost to Defendants.

4. Further, there is nothing to be gained by continuing the Settlement Conference. Defendants claim that they cannot come to a reasoned settlement position without first deposing Susan Thurston. First, Plaintiff is not permitted to depose Susan Thurston, for the reasons stated in Defendants' Motion for Protective Order. *See* Document # 49. Second, Plaintiff fails to explain how Susan Thurston's deposition would change her settlement position. In fact, Plaintiff appears to be seeking to add an additional party based on correspondence between counsel, but the deadline to add parties in this case was April 9, 2010 and Plaintiff refuses to give Defendants any basis for adding a party in this case.

5. WHEREFORE, Defendants respectfully request the Court to deny Plaintiff's Motion to Vacate Settlement Conference, and to order Plaintiff to appear tomorrow, and to come and participate in good-faith.

Respectfully submitted this 19th day of April 2010.

BECHTEL & SANTO, L.L.P.

s/Jim C. Colling
Jim C. Colling, #38300
Michael C. Santo, #24083
205 N. 4TH Street, Suite 300
Grand Junction, CO  81501
Telephone:  (970) 683-5888

2

Facsimile:  (970) 683-5887
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2010, I electronically filed the foregoing **OPPOSITION TO PLAINTIFF'S MOTION TO VACATE SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com

s/ Jamie D. Wehling
Jamie D. Wehling