**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

                              Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

                              Defendants.

**UNOPPOSED MOTION TO SEAL MOTION FOR WITHDRAWAL**

      Defendants, by and through their attorneys, respectfully request this Court to allow the law firm of Bechtel & Santo to file its Motion for Withdrawal under seal. In support of this Motion, Defendants state as follows:

      1.    <u>Certificate of Compliance with D.C.Colo.L.R. 7.1</u>. The undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff does not oppose the relief requested in this Motion.

      1.    On October 15, 2009, this Court approved the Stipulated Protective Order jointly filed by the parties in this matter.

      2.    That Order declared that the parties would designate and treat commercial or financial information that is either privileged or confidential "Confidential." *See Document 25,* ¶3. Additionally, in the Order the parties agreed to comply with D.C.COLO.LCivR. 7.2 regarding

procedures for filing papers and documents under seal for any "Confidential" documents. *See Document 25,* Section 11.

3. D.C.COLO.LCivR. 7.2 states that on Motion and an appropriate showing, the Court may seal a paper filed in a civil action. *Id.*

4. Defendants request the Court to allow Bechtel & Santo's Motion to Withdraw to be filed under seal because it includes specific information pertaining to Defendants' financial condition as well as the specific amount of unpaid fees associated with this litigation. The information provided in the Motion to Withdraw is extremely private to Defendants and would be both embarrassing to Defendants as well as detrimental to their personal and business relationships.

5. Further, Defendants' private interests outweigh the public's interest because the motion to seal is limited to the issue of whether Bechtel & Santo may withdraw and there is no benefit, or need, for the public to know Defendants' personal financial information. Defendants only ask for the ability to file this particular Motion under seal. The Motion is very short, and personal financial information about Defendants can be obtained throughout the Motion, making redaction a poor alternative.

6. For these compelling reasons, Defendants request an Order from the Court permitting Bechtel & Santo to file its Motion for Withdrawal under seal.

Respectfully submitted this 26th day of April 2010.

        BECHTEL & SANTO, L.L.P.

          s/Jim C. Colling
        Jim C. Colling, #38300
        Michael C. Santo, #24083
        205 N. 4TH Street, Suite 300

                                                Grand Junction, CO  81501
                                                Telephone:  (970) 683-5888
                                                Facsimile:  (970) 683-5887
                                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2010, I electronically filed the foregoing **MOTION FOR WITHDRAWAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com


                                                  s/ Markie Walker
                                                Markie Walker