IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

                        Plaintiff,

    v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

                        Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO SEAL MOTION FOR WITHDRAWAL**

Upon consideration of Defendants' Unopposed Motion to Seal Motion for Withdrawal, it is this _____ day of _____ 2010

ORDERED that Defendants' Unopposed Motion to Seal Motion for Withdrawal be, and it hereby is, GRANTED; and it is further

ORDERED that Bechtel & Santo's Motion to Withdraw shall be SEALED.

_____
DISTRICT COURT JUDGE