# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No: 09-CV-01063 REB-KMT**

TONYA CREEL,

        Plaintiff,

v.

SAM JAHANI, D.O. and URGENT CARE, INC., a Colorado Corporation,

        Defendants.

---

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

    Defendants, SAM JAHANI AND URGENT CARE INC., by and through their attorneys, file this Suggestion of Bankruptcy. Defendant Sam Jahani states that on May 19, 2010 he filed a petition for relief in the United States Bankruptcy Court for the District of Colorado in accordance with Title 11 U.S.C. § 301 under case number 10-22380 HRT. Defendant Urgent Care, Inc. states that on May 19, 2010 it also filed a petition for relief in the United States Bankruptcy Court for the District of Colorado in accordance with Title 11 U.S.C. § 301 under case number 10-22379 MER. Accordingly, Defendants hereby notify the Court that this action has been stayed by operation of 11 U.S.C. § 362.

    Respectfully submitted this 21st day of May 2010.

BECHTEL & SANTO, L.L.P.

  s/Jim C. Colling
Jim C. Colling, #38300
Michael C. Santo, #24083

205 N. 4TH Street, Suite 300
Grand Junction, CO  81501
Telephone:  (970) 683-5888
Facsimile:  (970) 683-5887
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2010, I electronically filed the foregoing **SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin Street
Denver, CO 80202
E-mail: richardlafondpc@gmail.com


  s/ Jaime Wehling
Jaime Wehling