**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. The defendants have filed a **Suggestion of Bankruptcy and Notice of Automatic Stay** [#72] May 21, 2010. Magistrate Judge Kathleen M. Tafoya entered an **Order** [#73] directing the plaintiff to file a status report within ten days of any relief from stays in the bankruptcy cases. In light of the filing of the suggestion of bankruptcy and the ruling of Judge Tafoya, the Trial Preparation Conference and jury trial in this matter should be vacated and continued pending further order of court.

    **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for October 22, 2010, and the jury trial set to commence November 8, 2010, are **VACATED** and are **CONTINUED** pending further order of court.

    Dated: September 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.