**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

**ORDER TO SHOW CAUSE**

**Blackburn, J.**

    This matter is before me *sua sponte*. On May 21, 2010, defendants filed their **Suggestion of Bankruptcy and Notice of Automatic Stay** [#72][1] notifying the court that they recently had submitted voluntary petitions for bankruptcy under Chapter 11 in the U.S. Bankruptcy Court for the District of Colorado. Pursuant to 11 U.S.C. § 362(a), the filing of such a petition typically operates as an automatic stay of any judicial action then pending against the debtor. The magistrate judge accordingly stayed the case unless and until the automatic stays in the bankruptcy cases were lifted and ordered the parties to submit a status report within ten days of any such relief being granted. (*See* **Order** [#73] filed May 21, 2010.)

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Now, nearly two years later, no such status report yet has been filed in this case. It is not clear whether this is because the bankruptcy cases are still ongoing or the result of mere oversight or lack of interest in continuing to pursue this civil matter. In any event, there appears to be no reason why the case should not be administratively closed pending resolution of the bankruptcy petitions.

**THEREFORE, IT IS ORDERED** that plaintiffs shall **SHOW CAUSE** on or before April 27, 2012, why this matter should not be administratively closed pending resolution of defendant's bankruptcy petition.

Dated April 5, 2012, at Denver, Colorado.

                                                 **BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge