IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01063 REB-KMT

**TONYA CREEL,**

Plaintiff,

v.

**SAM JAHANI, D.O.**, and **URGENT CARE, INC., a Colorado Corporation**

Defendants.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

The Plaintiff, Tonya Creel, by and through her counsel of record, states the following in response to the Court's Order to Show Cause dated April 5, 2012:

1. No reason exists to prevent this action from being administratively closed, and in fact this action may be dismissed.

2. Attached hereto as Exhibit 1 is the bankruptcy Court's Discharge of Debtor Sam Jahani, D.O. Plaintiff's counsel apologize to this Court for the delay in providing it with this Notice of Discharge.

3. In addition, the Plaintiff will promptly work with opposing counsel to obtain a stipulation to dismiss the claims as to Urgent Care, Inc.

Respectfully submitted April 25, 2012.

        THE LAW FIRM OF MICHAEL S. PORTER

By: /s/ Michael S. Porter
Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
Telephone: (303) 940-8370
Fax: (303) 421-4309
E-mail: porterlaw@comcast.net

Richard C. LaFond, Esq.
Richard C. LaFond, P.C.
1756 Gilpin St.
Denver, CO 80202
Telephone: (303) 388-4551
Fax: (303) 388-8324
E-mail: richardlafondpc@gmail.com

**ATTORNEYS FOR THE PLAINTIFF TONYA CREEL**

Certificate of Service

The undersigned hereby certifies that on Wednesday, April 25, 2012, a true and correct copy of the foregoing Plaintiff's Response to Order to Show Cause was served via Lexis Nexis File and Serve on the following parties:

Michael C. Santo, Esq.
Bechtel & Santo, LLP
205 N. 4th Street, Suite 300
Grand Junction, CO 81501

        s/ Yvonne Greenbaum