**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING CASE**

**Blackburn, J.**

This matter is before me on **Plaintiff's Response to Order To Show Cause** [#77][1] filed April 25, 2012. By order entered April 5, 2012, I directed plaintiff to show cause why this action should not be administratively closed pending resolution of the bankruptcy proceedings against defendants. (**Order To Show Cause** [#76] filed April 59, 2012.) Plaintiff's response discharges her obligations under my order.

Moreover, plaintiff suggests that this action may not only be administratively closed, but dismissed, as the debtor has been discharged in bankruptcy. (*See* **Plaintiff's Response to Order To Show Cause** ¶ 1 & Exh. 1 [#77], filed April 25, 2012.) I enter this order to effectuate that dismissal.

---

[1] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#76] filed April 59, 2012, is **DISCHARGED**;

2. That plaintiff's claims against defendants, Sam Jahani, D.O., and Urgent Care, Inc., a Colorado corporation, are **DISMISSED WITHOUT PREJUDICE**; and

3. That this case is **DISMISSED WITHOUT PREJUDICE**.

Dated April 30, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge