**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-01063-REB-KMT

TONYA CREEL,

    Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

    Defendants.

**AMENDED ORDER DISCHARGING ORDER**
**TO SHOW CAUSE AND DISMISSING CASE[1]**

**Blackburn, J.**

    This matter is before me on **Plaintiff's Response to Order To Show Cause** [#77][2] filed April 25, 2012.  By order entered April 5, 2012, I directed plaintiff to show cause why this action should not be administratively closed pending resolution of the bankruptcy proceedings against defendants.  (**Order To Show Cause** [#76] filed April 5, 2012.)  Plaintiff's response discharges her obligations under my order.

    Moreover, plaintiff suggests that this action may not only be administratively closed, but dismissed, as the debtor has been discharged in bankruptcy.  (*See* **Plaintiff's Response to Order To Show Cause** ¶ 1 & Exh. 1 [#77], filed April 25,

---

[1] This order is amended to change a clerical error in the original **Order Discharging Order To Show Cause and Dismissing Case** [#78] filed April 20, 2012.  No substantive change is contemplated by entry of this order

[2] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

2012.)  I enter this order to effectuate that dismissal.

**THEREFORE, IT IS ORDERED** as follows:

1.  That my previous **Order Discharging Order To Show Cause and Dismissing Case** [#78] filed April 30, 2012, is **VACATED** and **SUPPLANTED** by the present order;

2.  That the **Order To Show Cause** [#76] filed April 5, 2012, is **DISCHARGED**;

3.  That plaintiff's claims against defendants, Sam Jahani, D.O., and Urgent Care, Inc., a Colorado corporation, are **DISMISSED WITHOUT PREJUDICE**; and

4.  That this case is **DISMISSED WITHOUT PREJUDICE**.

Dated May 8, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge