**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01063-REB-KMT

TONYA CREEL,

      Plaintiff,

v.

SAM JAHANI, D.O., and
URGENT CARE, INC., a Colorado corporation,

      Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Amended Order Discharging Order To Show Cause and Dismissing Case** [#79] entered by Judge Robert E. Blackburn on May 8, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#76] filed April 5, 2012 is **DISCHARGED**;

2. That plaintiff's claims against defendants, Sam Jahani, D.O., and Urgent Care, Inc., a Colorado corporation, are **DISMISSED WITHOUT PREJUDICE**; and

3. That this case is **DISMISSED WITHOUT PREJUDICE**.

DATED at Denver, Colorado, this 22nd day of May, 2012.

                                    FOR THE COURT:

                                    Gregory C. Langham, Clerk

                                    By: <u>s/Edward P. Butler</u>
                                          Edward P. Butler
                                          Deputy Clerk